DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIRK M. PICKARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-438

[March 7, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 2016CF002447 A.

Carey Haughwout, Public Defender, and Jessica A. De Vera, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS, JJ., and WEISS, DALIAH, H., Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***